**ROBERT S. SOLA**
Oregon State Bar No. 84454
rssola@msn.com
**SHIDON B. AFLATOONI**
Oregon State Bar No. 113115
saflatooni@outlook.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172

**MICAH S. ADKINS** (admitted *pro hac vice*)
MicahAdkins@ItsYourCreditReport.com
The Adkins Firm, P.C.
301 19th Street North, Suite 581
The Kress Building
Birmingham, AL 35203
Telephone (205) 458-1202
Facsimile: (205) 208-9632
          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VIRGINIA ACEVEDO,**<br><br>        Plaintiff,<br><br>   v.<br><br>**RELS REPORTING SERVICES, LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES, LLC,** a foreign corporation, **CSC CREDIT SERVICES, INC.**, a foreign corporation, **TRANS UNION LLC,** a foreign corporation, **ENHANCED RECOVERY COMPANY, LLC,** a foreign corporation, **COLLECTO, INC.**, a foreign corporation, and **VERIZON WIRELESS, LLC,** a foreign corporation,<br><br>        Defendants. | Civil No. 3:13-cv-02032-AC<br><br>**ORDER TO DISMISS DEFENDANT COLLECTO, INC.** |

Page 1 -- ORDER TO DISMISS DEFENDANT COLLECTO, INC.

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Collecto Inc., and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Collecto, Inc. is dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 26th day of August 2014.

_____
HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE