**ROBERT S. SOLA**
Oregon State Bar No. 84454
rssola@msn.com
**SHIDON B. AFLATOONI**
Oregon State Bar No. 113115
saflatooni@outlook.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172

**MICAH S. ADKINS** (admitted *pro hac vice*)
MicahAdkins@ItsYourCreditReport.com
The Adkins Firm, P.C.
301 19th Street North, Suite 581
The Kress Building
Birmingham, AL 35203
Telephone (205) 458-1202
Facsimile: (205) 208-9632
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VIRGINIA ACEVEDO,** | Civil No. 3:13-cv-02032-AC |
| Plaintiff, | |
| v. | |
| **RELS REPORTING SERVICES, LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.,** a foreign corporation, **EQUIFAX INFORMATION SERVICES, LLC,** a foreign corporation, **CSC CREDIT SERVICES, INC.,** a foreign corporation, **TRANS UNION LLC,** a foreign corporation, **ENHANCED RECOVERY COMPANY, LLC,** a foreign corporation, **COLLECTO, INC.,** a foreign corporation, and **VERIZON WIRELESS, LLC,** a foreign corporation, | **ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

Page 1 – ORDER DISMISSING DEFENDANT EXPERIAN

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian Information Solutions, Inc. are dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 7th day of October 2014.

_____
HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2014, a true and correct copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will send notice of such filing to the following counsel:

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, PC
1221 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Attorneys for Equifax Information Services, LLC and CSC Credit Services, Inc.

Melissa O. White
Nicholas J. Neidzwski
Cozen O'Conner
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Attorneys for Collecto, Inc.

Christopher E. Hawk
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Attorneys for Enhanced Recovery Company, LLC

Angela M. Taylor
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612

Reilley D. Keating
Crystal S. Chase
Stoel Rives LLP
900 SW Fifth Street, Suite 2600
Portland, OR 97204

Kendra L. Marvel
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Attorneys for Experian Information Solutions, Inc.

Justin T. Walton
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
Attorneys for Trans Union LLC

Nicholas J. Henderson
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204

| | |
|---|---|
| Christopher J. Kayser<br>Larkins Vacura LLP<br>121 SW Morrison Street, Suite 700<br>Portland, OR 97205 | Ronald I. Raether, Jr.<br>Christopher T. Herman<br>Faruki Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 |

Attorneys for Rels Reporting Services, LLC

William D. Miner
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Attorneys for Verizon Wireless, LLC

                                                  /s/ Robert S. Sola
                                                Robert S. Sola, OSB# 84454
                                                (503) 295-6880 (telephone)
                                                (503) 291-9172 (facsimile)
                                                Attorneys for Plaintiff